DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DELORIS WILLIAMS,**
Appellant,

v.

**DEPARTMENT OF MANAGEMENT SERVICES,
DIVISION OF RETIREMENT,**
Appellee.

No. 4D20-2108

[May 6, 2021]

Appeal from the Department of Management Services, Division of Retirement; L.T. Case Nos. 19-5499 and DMS-20-0046.

Deloris Williams, Riviera Beach, pro se.

William Chorba, General Counsel, Rebekah A. Davis, Deputy General Counsel, and Ladasiah Jackson Ford, Assistant General Counsel, Department of Management Services, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***